UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| United States of America, | Case No.: 3:06CR16-C |
| Plaintiff, | **ORDER** |
| vs. | |
| Justin Matthew, | |
| Defendant. | |

**THIS MATTER** is before the Court upon Defendant's motion to reopen his pretrial detention hearing. For the reasons stated in the Motion and for good cause shown, the Court will grant the Motion.

**IT IS, THERFORE, ORDERED** that Defendant's motion to reopen pretrial detention hearing is **GRANTED**; and it is

FURTHER ORDED that the Clerk's Office shall schedule another pretrial detention hearing to be heard before the presiding Magistrate Judge at the next available term.

This the 30th day of March, 2006.

CARL HORN, III
U.S. Magistrate Judge